IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KALVIN DRUMMOND, et al.,** | : | |
| on behalf of himself and others | : | CIVIL ACTION |
| similarly situated, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **HERR FOODS INC., et al.,** | : | No. 13-5991 |
| Defendants. | : | |

## ORDER

AND NOW, this **21st** day of **October, 2014**, upon consideration of Defendant Herr Foods Inc.'s Amended Motion for Summary Judgment, Plaintiff Jacqueline Jones's response thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated October 21, 2014, it is hereby **ORDERED** that the motion (Document No. 61) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**