IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KALVIN DRUMMOND, et al.,** | : | |
| on behalf of himself and others | : | **CIVIL ACTION** |
| similarly situated, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **HERR FOODS INC., et al.,** | : | No. 13-5991 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **2ⁿᵈ** day of **March, 2015**, upon consideration of Plaintiffs' Motion to Certify Conditional Collective Action, Defendant's response thereto, and Plaintiffs' reply thereon, and for the reasons provided in this Court's Memorandum dated March 2, 2015, it is hereby **ORDERED** that:

1. The motion (Document No. 77) is **GRANTED**. This matter is conditionally certified as a collective action pursuant to the Fair Labor Standards Act on behalf of all individuals who have been employed by Defendant as Route Salespersons in the three years preceding the filing of Plaintiffs' initial Complaint.

2. The parties shall meet and confer regarding notice and procedures for distributing notice, including whether a third-party claims administrator would be appropriate to distribute notice of this action. The parties shall notify the Court, in writing, of the status of their meet and confer on or before **March 23, 2015**.

BY THE COURT:

_____
**Berle M. Schiller, J.**